UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK 05-43452 |
| DOUGLAS DALE JOHNSON, | ) | Case No. A05-4103 |
| Debtor. | ) | **AMENDED** ANSWER AND OBJECTION |

COMES NOW, Douglas Dale Johnson, the debtor herein and in response to the Complaint filed by Brunswick State Bank, states as follows:

1. Debtor admits paragraphs 1, 2, 3, 4, 5 and 6 of Count I of said Complaint.

2. Debtor denies each and every allegation set forth in paragraphs 7, 8, 9, 10, 11 12, 13, 14 of Count I of said Complaint.

3. Denies paragraphs 15, 16, 17 18, 19, 20 and 21 of Count II of said Complaint.

4. Denies paragraphs 22, 23, 24, 25, 26, 27 of Count III of said Complaint.

5. Denies paragraphs 28, 29, and 30 of Count IV of said Complaint.

6. Denies paragraphs 31, 32, 33, 34 and 35 of Count V of said Complaint.

7. Denies paragraphs 36, 37, 38, 39 and 40 of Count VI of said Complaint.

8. Denies paragraphs 41, 42, 43, 44 and 45 of Count VII of said Complaint.

WHEREFORE, the debtor hereby contests the plaintiff's Complaint and requests that a hearing be had and that the plaintiff's Complaint be dismissed at its own cost.

DOUGLAS DALE JOHNSON, Debtor

By ALBIN LAW OFFICE,

His Attorneys.

By /S/ Ronald J. Albin_____
Ronald J. Albin, #15002

P.O. Box 1326

Norfolk, NE 68702-1326

(402) 371-2529

One of His Attorneys

## CERTIFICATE OF SERVICE

I, Ronald J. Albin, certify that on this 20th day of January, 2006, I served a true and correct copy of the foregoing by causing the electonic mailing of the same to Victor E. Covalt, III, Attorney at Law, at vcovalt@bsclawfirm.com; Patricia Fahey at ustpregion13.om.ecf@usdoj.gov and to John A. Wolf at jwolf@ecf.epiqsystems.com

                                       /s/ Ronald J. Albin
                                      Ronald J. Albin, Attorney for Debtor

bankrupt\JohnsnDougAnswr