IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | Case No. BK 05-43452 |
| ) | |
| Douglas Dale Johnson, ) | (Chapter 7) |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| Brunswick State Bank, ) | A05- 04103 |
| Plaintiff, ) | |
| vs. ) | |
| ) | Judgment |
| Douglas Dale Johnson, ) | |
| Defendant. ) | |

This matter is before the Court upon the Stipulation and Settlement Agreement of the parties (Filing no. 11), as approved by the Court upon the Motion and notice of objection/resistance deadline under Local Rule 7041-1 and 9013-1 (Filing no. 12). The Court finds that judgment shall be entered in accordance with the terms of the Stipulation and Settlement Agreement.

WHEREFORE, IT IS HEREBY ORDERED that Judgment is hereby entered in favor of Plaintiff Brunswick State Bank and against Defendant, Douglas Dale Johnson, on Count II and Count VII of the complaint for the principal sum of $19,984.99 plus accrued interest to February 2, 2006 of $2,203.39 plus continued interest after February 2, 2006 at the rate of 7.5% per annum on the principal balance;

IT IS FURTHER ORDERED that said amount of the judgment entered above is and hereby is declared to be not dischargeable and not discharged under 11 U.S.C. §523 (a)(2).

IT IS FURTHER ORDERED that Count I and VI are dismissed with prejudice as moot.

IT IS FURTHER ORDERED that Counts III, IV, and V are dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant shall pay Plaintiff all taxable costs; and

1

Judgment
Brunswick State Bank V. Johnson
A05-04103
Page 2 of 2

      IT IS FURTHER ORDERED that each party shall bear their own attorneys fees.

      IT IS SO ORDERED this __12__ day of __April__, 2006.

BY THE COURT

_____
Timothy J. Mahoney, Chief Judge

Prepared and submitted by
Victor E. Covalt III #16539
Ballew Schneider Covalt Gaines
& Engdahl, PC LLO
P.O. Box 81229
Lincoln, NE 68501-1229
(402)436-3031
vcovalt@bsclawfirm.com